UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Civil Action No.: 4:20-CV-00189-FL

| | |
|---|---|
| AL STEWART, Acting Secretary of Labor, United States Department of Labor,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LALAJA, INC., d/b/a CERRO GRANDE MEXICAN RESTAURANT, JOSE ARTURO GASCA, and MARIA GASCA,<br><br>　　　　　　　　　　　Defendants. | **DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to Federal Rule of Civil Procedure 12(c), Defendants LALAJA, INC., d/b/a CERRO GRANDE MEXICAN RESTAURANT, JOSE ARTURO GASCA, and MARIA GASCA, by and through their undersigned counsel, respectfully move the Court for judgment on the pleadings. In support of this Motion, Defendants rely on their concurrently filed Brief in Support of Motion for Judgment on the Pleadings.

WHEREFORE, Defendants respectfully request that their Motion for Judgment on the Pleadings be GRANTED for the reasons set forth in their accompanying Brief in Support of Motion for Judgment on the Pleadings.

Dated: February 12, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Julian H. Wright, Jr.*
　　　　　　　　　　　　　　　　　　　　Julian H. Wright, Jr.
　　　　　　　　　　　　　　　　　　　　N.C. State Bar No. 19345
　　　　　　　　　　　　　　　　　　　　jwright@robinsonbradshaw.com

　　　　　　　　　　　　　　　　　　　　Brendan P. Biffany
　　　　　　　　　　　　　　　　　　　　N.C. State Bar No. 54761
　　　　　　　　　　　　　　　　　　　　bbiffany@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-8352
Facsimile: (704) 373-3952

*Attorneys for Defendants Lalaja, Inc., d/b/a Cerro Grande Mexican Restaurant, Jose Arturo Gasca, and Maria Gasca*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing using the Court's CM/ECF system, which will automatically and electronically notify the following counsel of record:

>Jana J. Edmondson-Cooper
>Office of the Solicitor
>U.S. Department of Labor
>61 Forsyth Street, S.W.
>Room 7T10
>Atlanta, GA 30303
>EdmondsonCooper.Jana@dol.gov
>ATL.fedcourt@dol.gov

This 12th day of February, 2021.

>*/s/ Julian H. Wright, Jr.*
>Julian H. Wright, Jr.