IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CV-189-FL

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, <br><br>  Plaintiff, <br><br>  v. <br><br> LALAJA, INC. d/b/a Cerro Grande Mexican Restaurant; JOSE ARTURO GASCA; and MARIA GASCA, <br><br>  Defendants. | ORDER |

This matter is before the court on defendants' motion for protective order (DE 41) and plaintiff's motion for extension of time (DE 45).[1] Upon review of the motion for protective order and the record in this case, the court finds good cause to grant in part the motion and to impose a partial stay on discovery related to all claims except for plaintiff's retaliation claim allowed to proceed in the court's August 5, 2021 order (DE 36 at 6, 9). In addition the court finds good cause to grant in part plaintiff's motion and to allow plaintiff an extension of time to 21 days from the date of this order to respond to defendants' motion to dismiss. A further stay of response time is not warranted, where defendants' motion asserts pleading deficiencies that must be resolved before discovery is allowed to proceed on claims other than plaintiff's retaliation claim. In sum, the motions are GRANTED IN PART and DENIED IN PART as set forth herein.

SO ORDERED, this the 12th day of October, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] Also pending, but not yet ripe, is defendants' motion to dismiss part of plaintiff's claims. (DE 39).