IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CV-189-FL

| | |
|---|---|
| JULIE SU, Acting Secretary of Labor, United States Department of Labor, )<br><br>Plaintiff, )<br><br>v. )<br><br>LALAJA, INC. d/b/a Cerro Grande Mexican Restaurant; JOSE ARTURO GASCA; and MARIA GASCA, )<br><br>Defendants. ) | ORDER |

This matter is before the court on its own initiative, following withdraw of counsel for defendants. The court's order allowing the motion to withdraw (DE 80) directed individual defendants to file within 21 days a notice of self-representation or cause new counsel to file a notice of appearance, and it directed entity defendants to cause new counsel to file within 21 days a notice of appearance. The court warned defendants that failure to file a notice of self-representation or cause new counsel to file a notice of appearance may subject them to sanctions, including but not limited to default judgment.

Where defendants have not filed a notice of self-representation or caused new counsel to file a notice of appearance as required, the court accordingly DIRECTS the clerk to enter default against defendants, pursuant to Federal Rule of Civil Procedure 55(a). Plaintiff is DIRECTED to file a motion, within 21 days of the date of this order, to reduce this matter to default judgment, pursuant to Federal Rule of Civil Procedure 55(b)(2). In the event plaintiff seeks default judgment

without a hearing, plaintiff shall accompany its motion with a proposed order specifying the terms of the default judgment. Finally, in light of defendants' default, plaintiff's motion to compel (DE 75) is TERMINATED AS MOOT.

SO ORDERED, this the 3rd day of October, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge