UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JULIE A. SU, )<br>Acting Secretary of Labor, )<br>United States Department of Labor, )<br>) | FILE NO.<br><br>4:20-cv-00189-FL |
| Plaintiff, )<br>)<br>v. )<br>)<br>LALAJA, INC. dba CERRO GRANDE )<br>MEXICAN RESTAURANT, )<br>JOSE ARTURO GASCA, and )<br>MARIA GASCA )<br>)<br>Defendants. ) | |

## **ORDER**

In consideration of the Acting Secretary's Motion to Amend Appendix "A" to the Amended Complaint, the Court hereby GRANTS the motion.

**IT IS SO ORDERED** this the 3rd day of January, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge